**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PRESTON MICHAEL HILBURN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CASE NO. 2:26-cv-00626-MRP** |
| | : | |
| **TRANS UNION, LLC, EXPERIAN** | : | |
| **INFORMATION SOLUTIONS, INC.,** | : | |
| **AND KLARNA, INC.;** | : | |
| | : | |
| **Defendants.** | : | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that, Lauren M. Burnette of Messer Strickler Burnette, Ltd.

enters her appearance as counsel for Defendant KLARNA INC. in this matter and requests service

of all notices, pleadings, and other papers filed and/or served in this case.

Respectfully submitted,

**MESSER STRICKLER BURNETTE, LTD.**

By:     */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
PA Bar No. 92412
1400 Marsh Landing Parkway, Suite 109
Jacksonville, FL 32250
☎ (904) 373-0546
🖷 (904) 298-8350 (fax)
✉ lburnette@messerstrickler.com

ANDREW M. SCHWARTZ, ESQUIRE
PA Bar No. 79427
935 E. Lancaster Ave., #1003
Downingtown, PA 19335
☎ (320) 434-9664
🖷 (904) 298-8350 (fax)
✉ aschwartz@messerstrickler.com
*Counsel for Defendant Klarna, Inc.*

Dated: July 6, 2026

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 6, 2026, a true copy of the foregoing document was served on all

unrepresented parties and all counsel of record by electronic service or US Mail, postage prepaid.

**MESSER STRICKLER BURNETTE, LTD.**

By:    */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
PA Bar No. 92412
1400 Marsh Landing Parkway, Suite 109
Jacksonville, FL 32250
☎ (904) 373-0546
🖨 (904) 298-8350 (fax)
✉ lburnette@messerstrickler.com

ANDREW M. SCHWARTZ, ESQUIRE
PA Bar No. 79427
935 E. Lancaster Ave., #1003
Downingtown, PA 19335
☎ (320) 434-9664
🖨 (904) 298-8350 (fax)
✉ aschwartz@messerstrickler.com
*Counsel for Defendant Klarna, Inc*

Dated: July 6, 2026