**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PRESTON MICHAEL HILBURN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CASE NO. 2:26-cv-00626-MRP** |
| | : | |
| **TRANS UNION, LLC, EXPERIAN** | : | |
| **INFORMATION SOLUTIONS, INC.,** | : | |
| **AND KLARNA, INC.;** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER

AND NOW, this 6th day of July, 2026, upon consideration of Defendant Klarna, Inc's Motion for Leave to File Answer Nunc Pro Tunc (ECF No. 19), and noting Plaintiff's consent to same, it is hereby **ORDERED** that the Motion is **GRANTED.** Defendant Klarna, Inc. is directed to docket the Answer attached to its Motion as Exhibit A.

BY THE COURT:

_____ J.
Hon. Mia R. Perez
United States District Judge