# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PRESTON MICHAEL HILBURN,    :
    :
    **Plaintiff,**    :
    :
    v.    :  **CASE NO. 2:26-cv-00626-MRP**
    :
TRANS UNION, LLC, EXPERIAN    :
INFORMATION SOLUTIONS, INC.,    :
AND KLARNA, INC.;    :
    :
    **Defendants.**    :

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, Andrew M. Schwartz of Messer Strickler Burnette, Ltd. enters his appearance as counsel for Defendant KLARNA, INC., in this matter and requests service of all notices, pleadings, and other papers filed and/or served in this case.

Respectfully submitted,

**MESSER STRICKLER BURNETTE, LTD.**

By:    */s/ Andrew M. Schwartz*
ANDREW M. SCHWARTZ
PA Bar No. 79427
935 E. Lancaster Ave., #1003
Downingtown, PA 19335
☎ (320) 434-9664
✉ aschwartz@messerstrickler.com

*Counsel for Defendant Klarna, Inc.*

Dated: July 7, 2026

1

## CERTIFICATE OF SERVICE

I certify that on July 7, 2026, a true copy of the foregoing document was served on all counsel of record by ECF.

**MESSER STRICKLER BURNETTE, LTD.**

By:    */s/ Andrew M. Schwartz*
ANDREW M. SCHWARTZ
935 E. Lancaster Ave., #1003
Downingtown, PA 19335
☎ (320) 434-9664
✉ aschwartz@messerstrickler.com

*Counsel for Defendant Klarna, Inc.*