**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

PRESTON MICHAEL HILLBURN,                          CASE NO:  2:26-cv-00626-MRP
            Plaintiff,

vs.

TRANS UNION LLC, et al.;
            Defendant.

## NOTICE OF APPEARANCE OF ROBERT J. MURDOCH

Kindly enter the appearance of Robert J. Murdoch, Esquire of Buchanan Ingersoll &

Rooney PC on behalf of Defendant Trans Union, LLC in the above-referenced matter.


                                        **BUCHANAN INGERSOLL & ROONEY PC**

Dated:  July 9, 2026                    */s/ Robert J. Murdoch*
                                        Robert J. Murdoch (PA ID No. 92652)
                                        Union Trust Building
                                        501 Grant Street, Suite 200
                                        Pittsburgh, PA 15219
                                        (412) 562 1423
                                        Robert.murdoch@bipc.com

                                        *Counsel for Defendant Trans Union, LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true copy of the foregoing has been filed electronically on the **9th day of July, 2026**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

By: */s/ Robert J. Murdoch*
Robert J. Murdoch

*Counsel for Defendant Trans Union, LLC*