**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

PRESTON MICHAEL HILLBURN,                    CASE NO:  2:26-cv-00626-MRP
        Plaintiff,

vs.

TRANS UNION LLC, et al.;
        Defendant.

## MOTION TO APPEAR REMOTELY, OR IN THE ALTERNATIVE, TO ADJOURN RULE 16 CONFERENCE

Defendant Trans Union, LLC ("TransUnion"), by and through its counsel, hereby respectfully moves this Court to allow counsel for TransUnion to appear remotely or telephonically at the Rule 16 Conference scheduled for July 14, 2026, and in support thereof states as follows:

1. On June 10, 2026, this Court scheduled a Rule 16 Conference for July 14, 2026.

2. TransUnion's Lead Counsel, Robert J. Murdoch, is located in Pittsburgh, Pennsylvania.

3. Attorney Murdoch was retained on July 8, 2026, and entered his appearance in the case on July 9, 2026.

4. To save time and expense, TransUnion respectfully requests leave for their counsel to appear by remote or telephonic means for the July 14, 2026 Rule 16 Conference.

5. Counsel for TransUnion spoke with counsel for Plaintiff, and they do not oppose TransUnion's request to appear remotely for the Rule 16 Conference.

6. In the alternative, TransUnion respectfully requests the Court to briefly adjourn the Rule 16 Conference.

7.      Counsel for TransUnion has a pre-existing conflict that inhibits his ability to travel to Philadelphia on July 9, 2026.

8.      A brief adjournment would provide counsel for TransUnion with the ability to appear in person for the Rule 16 Conference.

Wherefore, Defendant TransUnion, LLC respectfully request that this Court permit counsel for TransUnion to appear remotely or telephonically at the July 14, 2026 Rule 16 Conference, or in the alternative, to briefly adjourn the Rule 16 Conference.

**BUCHANAN INGERSOLL & ROONEY PC**

Dated:  July 9, 2026

*/s/ Robert J. Murdoch*
Robert J. Murdoch (PA ID No. 92652)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
(412) 562 1423
Robert.murdoch@bipc.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing has been filed electronically on the **9th day of July, 2026**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

By: */s/ Robert J. Murdoch*
Robert J. Murdoch

*Counsel for Defendant Trans Union, LLC*