**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

---

PRESTON MICHAEL HILLBURN,                CASE NO:  2:26-cv-00626-MRP

      Plaintiff,

vs.

TRANSUNION LLC;

      Defendant.

---

## ORDER

---

AND NOW, this 10th day of July, 2026, upon consideration of TransUnion, LLC's Motion to Appear Remotely at the Rule 16 Conference (ECF No. 24) , it is **ORDERED** that the Motion is **GRANTED**. **All parties** shall appear remotely.


**BY THE COURT:**


_____
HON. MIA R. PEREZ