# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **HILLBURN** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| **v.** | : | |
| **TRANS UNION, LLC, et al.** | : | **NO. 26-626** |
| Defendants. | : | |

## SCHEDULING ORDER

**AND NOW,** this 14th day of July, 2026, following a preliminary pretrial conference, it is

**ORDERED** as follows:

1. All factual discovery shall be completed on or before November 9, 2026.

2. Plaintiff's expert report, if any, is due by November 23, 2026.

3. Defendant's expert report, if any, is due by December 8, 2026.

4. The parties shall contact Courtroom Deputy Mia Harvey via email by February 1, 2027 regarding whether they want to be scheduled for a settlement conference.

5. All expert discovery shall be completed on or before February 8, 2027.

6. Dispositive motions shall be filed on or before February 22, 2027.

7. Responses to dispositive motions shall be filed no later than March 8, 2027.

8. Motions *in limine* are due April 20, 2027.

9. Responses to motions *in limine* are due May 4, 2027.

10. Plaintiff's pretrial memorandum is due May 4, 2027.

11. Defendant's pretrial memorandum is due May 4, 2027.

12. A final pre-trial conference shall be held on May 5, 2027 at 2:00 p.m. in Courtroom 10B

13. Joint exhibit binder is to be submitted to chambers no later than 3:00 p.m. the day before trial.

14. This matter is in the jury pool beginning on May 17, 2027 and ending on May 28, 2027.


BY THE COURT:


_____

Hon. Mia R. Perez