**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PRESTON MICHAEL HILBURN,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANS UNION LLC; EXPERIAN<br>INFORMATION SOLUTIONS, INC.; and<br>KLARNA, INC.,<br><br>    Defendants. | Case No. 2:26-cv-00626-MRP |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Amy M. Koss of Goodwin Procter LLP hereby enters her appearance as counsel for Defendant Experian Information Solutions, Inc. in the above-captioned matter and requests service of all notices, pleadings, orders, and other papers in this case.

Respectfully submitted this 12th day of August, 2026.

*/s/ Amy M. Koss*
Amy M. Koss
PA Bar No. 333237
GOODWIN PROCTER LLP
3025 John F. Kennedy Blvd
8th Floor
Philadelphia, PA 19104
Phone: (445) 207-7800
Fax: (445) 207-7900
Email: akoss@goodwinlaw.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

1

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing document was served on all counsel of record via CM/ECF on August 12th, 2026.


*/s/ Amy M. Koss*
Amy M. Koss