**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

---

PRESTON MICHAEL HILLBURN,
Plaintiff,

vs.

TRANS UNION LLC, et al.;
Defendant.

CASE NO: 2:26-cv-00626-MRP

---

**NOTICE OF APPEARANCE OF ROBERT J. MURDOCH**

Kindly enter the appearance of Jayme C. Bronson, Esquire of Buchanan Ingersoll & Rooney PC on behalf of Defendant Trans Union, LLC in the above-referenced matter.

**BUCHANAN INGERSOLL & ROONEY PC**

By: */s/ Jayme C. Bronson*

Jayme C. Bronson, Esq.
(PA ID No. 325481)
Two Liberty Place
50 S. 16th Street, Ste 3200
Philadelphia, PA 19102
Tel: 215-665-8700
Fax: 215-665-8760
Email: jayme.bronson@bipc.com

*Counsel for Defendant, TransUnion, LLC*

Dated: August 27, 2026

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing has been filed electronically on the **27th day of August, 2026**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

By: */s/ Jayme C. Bronson*
Jayme C. Bronson
*Counsel for Defendant Trans Union, LLC*

Dated: August 27, 2026