**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

DL, an adult individual,

Plaintiff,

vs.

TRANS UNION LLC,

Defendant.

CASE NO: 2:26-cv-00626-MRP

**TRANSUNION, LLC'S UNOPPOSED MOTION TO APPEAR REMOTELY FOR RULE 16 CONFERENCE**

Defendant Trans Union, LLC ("TransUnion"), by and through its counsel, hereby respectfully moves this Court to allow counsel for TransUnion to appear remotely or telephonically at the Rule 16 Conference scheduled for September 22, 2026, and in support thereof states as follows:

1. On September 1, 2026, this Court scheduled an in-person Rule 16 Conference for September 22, 2026.

2. TransUnion's Lead Counsel, Robert J. Murdoch, is located in Pittsburgh, Pennsylvania.

3. Attorney Murdoch was retained on September 10, 2026, and entered his appearance in the case on September 15, 2026.

4. To save time and expense, TransUnion respectfully requests leave for their counsel to appear by remote or telephonic means for the September 15, 2026 Rule 16 Conference.

5. Counsel for TransUnion spoke with counsel for Plaintiff, and they do not oppose TransUnion's request to appear remotely for the Rule 16 Conference.

6. TransUnion's remote appearance will not inhibit or interfere with the Court's ability to conduct the Rule 16 Conference.

7. The parties have already corresponded and filed the Joint Status Report Pursuant to Rule 26(f).

Wherefore, Defendant TransUnion, LLC respectfully request that this Court to permit counsel for TransUnion to appear remotely or telephonically at the September 15, 2026 Rule 16 Conference.

**BUCHANAN INGERSOLL & ROONEY PC**

Dated: September 15, 2026

*/s/ Robert J. Murdoch*

Robert J. Murdoch (PA ID No. 92652)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
(412) 562 1423
Robert.murdoch@bipc.com

*Counsel for Defendant Trans Union, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing has been filed electronically on the **15th day of September, 2026**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

By: */s/ Robert J. Murdoch*
Robert J. Murdoch

*Counsel for Defendant Trans Union, LLC*