**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

---

HILLBURN,

Plaintiff,

CASE NO: 2:26-cv-00626-MRP

vs.

TRANS UNION LLC,

Defendant.

---

**ORDER**

AND NOW, this 16th day of September, 2026, upon consideration of Defendant Trans Union, LLC's Unopposed Motion to Appear Remotely for Rule 16 Conference, it is hereby **ORDERED** that the motion, (ECF No 30) is **DENIED AS MOOT**.

**BY THE COURT:**

Hon. Mia R. Perez