**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

PRESTON MICHAEL HILBURN,
Plaintiff,

vs.

TRANS UNION LLC, et al.;
Defendant.

CASE NO: 2:26-cv-00626-MRP

## JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE FACT DISCOVERY

Plaintiff Preston Michael Hilburn ("Plaintiff") and Defendants Trans Union, LLC, Experian Information Solutions, Inc. and Klarna, Inc, (collectively, "Defendants," and all collectively referred to herein as the "Parties"), by and through their undersigned counsel, hereby respectfully move for an Order extending the fact discovery deadline by sixty (60) days in order to accommodate the respective needs of the Parties in continuing to exchange discovery and successfully schedule and take depositions. The Parties submit that good cause exists under the Federal Rules of Civil Procedure 16(b)(4) to grant the requested extensions for the following reasons:

1. On July 14, 2026, this Court entered a Scheduling Order in this action. **ECF No. 27**.

2. In the Scheduling Order, the fact discovery deadline is scheduled to close on November 9, 2026 and all expert discovery is scheduled to close on February 8, 2027.

3. The Parties have worked diligently, and in good faith, to complete the discovery process, including but not limited to the exchange of initial written discovery and the corresponding document productions, and have continued in good faith discussions and efforts to

resolve several disputes without seeking the need for Court intervention while working towards completion of fact discovery.

4. However, there is a continuing need for the Parties to conduct further discovery and engage in depositions.

5. The Parties are in the process of attempting to resolve certain discovery matters without the need for Court intervention, for example:

a. The Parties will begin discussion on a proposed Confidentiality Agreement for the production of confidential documents and information by all Parties.

b. The information identified in the confidential documentation will likely result in the need to serve multiple third-party subpoenas.

c. Documents are still being collected from some of the Parties, including documents from a foreign entity, which has resulted in the delay of relevant and necessary documentation which will need to be obtained prior to the taking of depositions.

d. The Parties will begin to discuss the taking of depositions, and it is estimated that at least 4 depositions will take place in the case.

6. Given these circumstances, as well as accommodating the schedules for all involved, the Parties believe that a sixty (60) day extension of the fact discovery deadline only is warranted and will allow full presentation on the merits toward a just and accurate determination by this Court.

7. Therefore, the Parties respectfully request that the Honorable Court extend the deadline to complete fact discovery from November 9, 2026 to January 8, 2027.

8. This is the Parties first request for extension of time of any deadlines in this matter.

9. Granting this request for an extension of time will not prejudice any Party or unduly

delay the disposition of this matter, but rather will facilitate the discovery process and allow the Parties to approach mediation with all relevant and necessary information and documentation.

10. The granting of this request will also not require the Court to alter any other case deadlines.

11. This Motion is made in good faith and not for the purposes of delay.

12. Counsel for all Parties concur in this request and a proposed Order is being filed contemporaneously with this Motion.

**WHEREFORE**, it is respectfully submitted that the Parties' Joint Motion to Complete Fact Discovery should be granted.

Respectfully submitted,

Dated: October 30, 2026

**BUCHANAN INGERSOLL & ROONEY PC**
By: */s/ Robert J. Murdoch*
Robert J. Murdoch, Esq. (PA Id. No. 92652)
501 Grant Street, Suite 200
Pittsburgh, PA 15236
T: 412-562-1423
Robert.murdoch@bipc.com

*Counsel for Defendant TransUnion, LLC*

**FRANCIS MAILMAN SOUMILAS**
By: */s/ Siobhan McGreal*___
Siobhan McGreal, Esq.
1600 Market Street, Suite 2510
Philadelohia, PA 19103
T: 215-735-8600
bvullings@vullingslaw.com

*Counsel for Plaintiff*

**GOODWIN PROCTER LLP**
By: */s/_Amy M. Koss*______
Amy M. Koss, Esq.
3025 John F. Kennedy Boulevard
8th Floor
Philadelphia, PA 19104
T: 445 207-7800
akoss@goodwinlaw.com

*Counsel for Defendant Experian Information Solutions, Inc.*

**MESSER STRICKLER BURNETTE, LTD**
By: */s/ Andrew M. Schwartz*_
Andrew M. Schwartz
Lauren M, Burnette
935 E. Lancaster Ave., #1003
Downingtown, PA 19335
T: 320 434-9664
aschwartz@messerstrickler.com
lburnette@messerstrickler.com

*Counsel for Defendant Klarna, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of October, 2026, I electronically filed a true and complete copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the counsel of record.

*/s/ Robert J. Murdoch*___
Robert J. Murdoch, Esq.